Date 7/18/22

To: United State District Judge
For the District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Good Day Sir/Madame

My name is Raymond O. Llamas (Redacted)
CR 03-730-3-PHX-SRB

I am currently Housed at the Arizona Department of Corrections on a state sentence for Participating in a Criminal Street gang class 2 Felony offence.

I was picked up by State Authority's on the Date of 8/16/18 on the State charge. I was sentence to a term of 10 years in which I am currently serving.

The reason for this letter to this Honorable Court is that, during the time of my arrest for the State charges, I was on a Five year Federal probation Supervised Release...

(Please view Federal Judgment order with Clerk of the Court) My Federal Marshal Number is #21537-051.

Forgive me Judge for not having proper documentation before this Court. I Raymond O. Llamas was not issued afforded notice of warrant by assigned probation officer.

(1)

I have written to my assigned probation officer several times asking for a copie of Probation warrant in order to establish a reasonable basis for the Probation Violation, But as to date, I have not recieved any responces from the Federal Probation Department.

I humbly ask this Honorable Court to please grant Counsel in Respects to this legal matter as outlined in Rule 32.1 Revoking or modifying Probation or Supervised release.

(A) Person in Custody - a person held in custody for violating probation or supervised release must be taken without unnecessary delay before a Magistrate Judge.

(2) Upon a Summons - When a person appears in responce to summons for violating probation or supervised release, A Magistrate Judge must proceed under this rule.

(3) Advice - The Judge must inform the person of the following alleged violation of probation or supervised release. - The Person right to retain Counsel or to request Counsel appointed if the person cannot obtain Counsel and right, if held in Custody, to a preliminary hearing unde Rule 32.1

(2)

(b) (1) - (e)

Thank you, your Honor for reading this letter, I pray that you take this request of relief under consideration so that I may appear in person in order to resolve allege violation of probation or supervised release.

Respectfully,

Raymond O. Llamas
7/18/22

(3)