Mark J. Berardoni
State Bar No. 12970
P.O. Box 7370
Tempe, AZ 85281
(602) 257-1295
BerardoniLaw@yahoo.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | CR-03-00730-003-PHX-SRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | *Ex Parte* Motion for Appointment of Counsel. |
| Raymond O. Llamas, | ) | |
| Defendant. | ) | |

Undersigned counsel, Mark J. Berardoni, respectfully requests that he be appointed as the attorney for Raymond O. Llamas in this matter pursuant to 18 U.S.C. §3006A, the "Criminal Justice Act". The reason for the request is that undersigned counsel was recently contacted by the local Federal Public Defender's Office to assist Mr. Lamas with a current legal issue raised by him in this Court. (Doc.# 1719, filed on 07/25/2022.)

Additionally, it is requested *nunc pro tunc* that the appointment begin on August 2, 2022, as counsel has already expended time since that date.

EXCLUDABLE DELAY pursuant to Title 18 U.S.C. Section § 3161(h)(1)(D) may occur as a result of this motion or from any order based thereon.

RESPECTFULLY SUBMITTED this 5th day of August, 2022.

s/*Mark J. Berardoni*
Mark J. Berardoni

1 CERTIFICATE OF SERVICE

2 I certify that on August 5, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic
3 Filing to the CM/ECF registrants and to the following:

4 By United States Postal Service to:

5 RAYMOND O LLAMAS
#052289
6 BUCKEYE-AZ-LEWIS-ASPC-BUCKLEY
BUCKLEY UNIT
7 P.O. BOX 3400
BUCKEYE, AZ 85326
8

9 By: s/*Mark J. Berardoni*

10

11

12

...

28

-2-